# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| YASMANY JANEIRO GONZALEZ,<br><br>                    Plaintiff,<br><br>   v.<br><br>WARDEN ICE PROCESSING CENTER,<br><br>                    Defendant. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NUMBER. 2:26-cv-00667-DGE |

☐   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

The petition for writ of habeas corpus (Dkt. No. 3) is GRANTED.  The Court ORDERS Respondents to immediately release Petitioner from custody under appropriate conditions of supervision issued under 8 C.F.R. § 241.13.  Within TWENTY-FOUR (24) hours of this order, Respondents must provide the Court with a declaration confirming that Petitioner has been released from custody.

        Dated April 15, 2026.

                                        Joshua C. Lewis
                                        Clerk of Court

                                        s/Michael Williams
                                        Deputy Clerk